Date of Arrest: **06/18**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br>Efrein SALGOZA-Mora<br>AKA: Efran ZARAGOZA-Contreras<br>075107675<br>YOB: 1962<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. 22-02014MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about June 18, 2022, Defendant Efrein SALGOZA-Mora, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of El Paso, Texas on or about September 20, 2005. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Approved by AUSA Thomas Forsyth for AUSA Abbie Broughton Marsh.

*/s/ Thomas N. Forsyth/*

Signature of Complainant

Alfredo Chavez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__June 21, 2022__    at    __Yuma, Arizona__
Date                       City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

        Vs.

Efrein SALGOZA-Mora
AKA: Efran ZARAGOZA-Contreras
075107675

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 18, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Seattle, Washington on or about February 23, 1998. The Defendant has been removed on two occasions. The Defendant was most recently removed on or about September 20, 2005, through the port of El Paso, Texas subsequent to a conviction in a Superior Court, State of California, County of Los Angeles, on or about June 02, 1995, for the crime of Possession of Controlled Substance While Armed, a felony.

Agents determined that on or about June 18, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Jacob Volpi and Nereo Gomez.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Patrick R. Tafoya.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____June 21, 2022_____
Date

_____
Signature of Judicial Officer

- 2 -

## *Probable Cause Statement*

*I, Border Patrol Agent Alfredo Chavez, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | **Efrein SALGOZA MORA** |
| Dependents: | None |

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on two (2) previous occasions. The Defendant has been removed a total of two (2) times.

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| | | | |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 18, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Seattle, Washington on or about February 23, 1998. The Defendant has been removed on two occasions. The Defendant was most recently removed on or about September 20, 2005, through the port of El Paso, Texas subsequent to a conviction in a Superior Court, State of California, County of Los Angeles, on or about June 02, 1995, for the crime of Possession of Controlled Substance While Armed, a felony.

Agents determined that on or about June 18, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

*Executed on: June 19, 2022*      *Time: 09:44 AM MST*

*Signed: Alfredo Chavez, Border Patrol Agent*